**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

Case No.: 26−60555 − WJF
Chapter: 7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Justin Mark Messelt

10269 West Patrick Lane
Peoria, AZ 85383

Social security/Taxpayer ID/Employer ID/Other Nos.: xxx−xx−8897

Nicole Marie Messelt
aka Nikki Messelt, fdba FDBA Ma'Naturalz, fka Nicole McKee, fka Nicole Lesmeister, fka Nicole Baker

10269 West Patrick Lane
Peoria, AZ 85383

Social security/Taxpayer ID/Employer ID/Other Nos.: xxx−xx−6702

---

## NOTICE TO FILE CLAIMS

The initial notice in this case instructed creditors that is was not necessary to file a proof of claim. Since that notice was sent, payment of a dividend appears possible in this case. Accordingly, pursuant to Bankruptcy Rule 3002(c)(5), creditors are hereby notified that proofs of claim must be filed by 1/19/2027, or, for governmental units, within 180 days from the date of the Order for Relief or 1/19/2027, whichever is later.

A Proof of Claim form ("Official Form B410") can be obtained from the United States Courts' website https://www.uscourts.gov. Form B410 may be filed by regular mail or electronically on the Minnesota Bankruptcy Court's website https://www.mnb.uscourts.gov.

There is no fee for filing the proof of claim.

Dated: 10/15/26

Tricia Pepin
Clerk, U.S. Bankruptcy Court
301 Diana E. Murphy United States Courthouse
300 Sourth Fourth Street
Minneapolis, MN 55415

BY: admin
Deputy Clerk